# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:25-MJ-00320

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| HEATHER MORROW | ) |
| | ) |

### NOTICE OF APPEARANCE

NOW COMES Attorney W. Rob Heroy and submits this Notice of Appearance to appear as counsel on behalf of Ms. Morrow in the above-captioned matter.

WHEREFORE, the defense asks the Court to allow Rob Heroy to serve as counsel of record for Ms. Morrow.

This the 2nd day of December, 2025.

Respectfully submitted,

s/Rob Heroy
Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing NOTICE OF APPEARANCE on opposing counsel, via ECF using the CM-ECF system, which will send notice of such filing to all registered CM/ECF users.

This the 2nd day of December, 2025.

Respectfully submitted,

s/ W. Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net