# GOODMAN, CARR, LAUGHRUN, GREENE & HEROY, PLLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| GEORGE V. LAUGHRUN, II* | SUITE 602 CAMERON BROWN BUILDING | ARTHUR GOODMAN, J |
| MICHAEL J. GREENE* | 301 SOUTH McDOWELL STREET | (1926 - 2003) |
| W. ROB HEROY | CHARLOTTE, NORTH CAROLINA 28204 | MICHAEL P. CARR |
| BARBARA J. RYNNE-HOYT | | RETIRED |
| GEORGE V. LAUGHRUN, III | | TELEPHONE |
| | | 704-372-2770 |
| * BOARD CERTIFIED SPECIALIST IN CRIMINAL LAW | | FACSIMILE |
| | | 704-372-6337 |

December 2, 2025

Assistant U.S. Attorneys Dan Ryan and Kenny Smith
Carillon Tower
227 W. Trade St., #1650
Charlotte, NC 28202

  Re: *Preservation Request on behalf of Heather Morrow*

Dear Messrs. Smith and Ryan,

  Given the appearance of collusion, if not something more serious, the Defense requests that the U.S. Attorney's Office instruct the case agent, as well as all Government witnesses, to preserve and provide to the prosecution all communications related to the case. This includes any text messages, in-app messages, emails, or other similar communications made between Government witnesses, or between Government witnesses and all third parties relating in any way to the charges filed against her, or the conduct underlying those charges.

  In addition, due to necessity of timely pursuing evidence through subpoenas and Touhy requests, the Defense requests to know whether or not full discovery will be provided in this case.

          Sincerely,
          Rob Heroy