| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: **3:25-MJ-00320** |
| | : | |
| **V.** | : | |
| | : | |
| STANLEY DONOVAN, | : | |
| | : | |
| HEATHER MORROW, | : | |
| Defendant. | | |

**DEFENDANT MORROW'S
REPLY TO GOVERNMENT'S RESPONSE TO
RULE 41(G) MOTION TO RETURN VEHICLE KEY & RALLY ITEMS**

**NOW COMES**, Heather Morrow, Defendant, by and through Counsel, and respectfully replies to the Government's Response to Defendant's Rule 41(g) Motion. [DE at 31].

The government asserts that it "does not possess" the vehicle key or the bullhorn, two bowls, a spoon, and a shower-ring type item. In reply, Defendant submits **Exhibit A**, emails between undersigned Counsel and ICE Assistant Field Office Director Steve Kemerling, where he confirms that the United States does possess the items. These items are held with no process and were only brought to the government's attention as exculpatory evidence of the defense.

**REQUEST FOR HEARING**

The factual issues necessary to decide Defendant's motion have been placed in dispute. Therefore, pursuant to Fed. R. Cr. P. 41(g), an evidentiary hearing is required.

Pursuant to LCrR 47.1(b), undersigned Counsel estimates that a hearing will last no longer than thirty (30) minutes.

This, the 26th day of February, 2026.

/s/ Xavier Torres de Janon
Xavier T. de Janon
Attorney for Defendant
North Carolina Bar #58803
P.O. Box 470221
Charlotte, North Carolina 28247
Tel: (704) 448-9170
Email: xavier@peopleslaw.co

**CERTIFICATE OF SERVICE**

I CERTIFY that I have served the foregoing REPLY TO GOVERNMENT'S RESPONSE TO RULE 41(G) MOTION TO RETURN VEHICLE KEY & RALLY ITEMS on Opposing Counsel and all parties and/or their Counsel, via ECF using the CM-ECF system, which will send notice of such filing to all registered CM/ECF users.

This, the 26th day of February, 2026.

/s/ Xavier Torres de Janon
Xavier T. de Janon
Attorney for Defendant
North Carolina Bar #58803
P.O. Box 470221
Charlotte, North Carolina 28247
Tel: (704) 448-9170
Email: xavier@peopleslaw.co