# GOODMAN, CARR, LAUGHRUN, GREENE & HEROY, PLLC

**ATTORNEYS AT LAW**

GEORGE V. LAUGHRUN, II*
MICHAEL J. GREENE*
W. ROB HEROY
BARBARA J. RYNNE-HOYT
GEORGE V. LAUGHRUN, III
EMILY D. BRETZ
* BOARD CERTIFIED SPECIALIST IN CRIMINAL LAW

SUITE 602 CAMERON BROWN BUILDING
301 SOUTH McDOWELL STREET
CHARLOTTE, NORTH CAROLINA 28204

ARTHUR GOODMAN, J
(1926 - 2003)
MICHAEL P. CARR
RETIRED
TELEPHONE
704-372-2770
FACSIMILE
704-372-6337

February 9, 2026

James Percival
General Counsel
Department of Homeland Security
2707 Martin Luther King Ave. SE
Washington, D.C. 20528-1008

**Re: Heather Morrow, Case No. 3:25MJ320 (NCWD)**

Dear Mr. Percival,

Pursuant to 28 C.F.R. § 16.23 and *United States ex. rel. Touhy v. Ragen,* 340 U.S. 462 (1951), please accept this letter as a request for the production of relevant evidence in the criminal case captioned above. As set forth in the attached subpoena, we are seeking discoverable information, including electronic communications and video relating to the case.

Such evidence regarding the incident would be relevant to the guilt or innocence of my client. Assistant United States Attorneys Kenny Smith and Dan Ryan, under United States Attorney Russ Ferguson, are prosecuting the case.  They are copied.

Sincerely,

*W Robinson Heroy*

Rob Heroy
Attorney

CC:     Daniel Ryan, Kenny Smith, Russ Ferguson