IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.                                     No. 3:25mj320-MEO-DCK

HEATHER MORROW

## <u>UNOPPOSED MOTION TO CONTINUE DOCKET CALL AND EXTEND PRETRIAL MOTIONS DEADLINES</u>

Defendant moves to continue this matter which is currently scheduled for a trial docket call on the Court's May 4, 2026 docket call. In support of the motion Defendant shows as follows:

1. Defendant and her codefendant William Stanley were arraigned on misdemeanor charges on February 26, 2026, and both elected trials by jury.
2. At that court setting, the magistrate court authorized the issuance of subpoenas duces tecum on Government witnesses, and ordered that the US Marshals serve those subpoenas.
3. As of this date, the Defense understands 3 subpoenas have been served. The Defendant has not yet received any production on those subpoenas.
4. That the fruits of those subpoenas would likely impact pretrial motions.
5. That the Government consents to a continuance.
6. William Stanley joins the Motion
7. That a continuance outweighs any concerns related to a speedy trial.

The Defense requests that the Court continue this matter from its current trial term.

Respectfully submitted this 1ST day of April, 2026.

**s/Rob Heroy**
W. Rob Heroy
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204

(704) 372-2770
[rheroy@goodmancarr.net](mailto:rheroy@goodmancarr.net)

## CERTIFICATE OF SERVICE

I, W. Rob Heroy certify that on April 1, 2026, I filed the Defendant's Motion to Continue with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system which will send notification to all parties to this action, including AUSA's Kenny Smith and Caryn Finley.

**s/Rob Heroy**
W. Rob Heroy
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
(704) 372-2770
rheroy@goodmancarr.net