UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-MJ-00320-MEO-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM STANLEY AND | ) | |
| HEATHER MORROW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendants' Motion to Continue (Doc. No. 43) trial from June 22, 2026.[1] Pursuant to 18 U.S.C. § 3161(h)(7)(A) and the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interests of the public and Defendants to a speedy trial. The Court will also extend the deadline for Rule 12(b)(3) motions until August 5, 2026.

IT IS, THEREFORE, ORDERED that trial of this matter be scheduled for the next term of court, beginning August 26, 2026. The Clerk is directed to certify copies of this Order to Defendants, Counsel for Defendants, the U.S. Attorney, the U.S. Marshals Service, and the U.S. Probation Office.

SO ORDERED.

Signed: May 13, 2026

Matthew E. Orso
United States District Judge

---

[1] Defendants captioned their motion under docket number "1:26 MJ-32-MEO-DCK." However, the case is properly captioned as 3:25-mj-00320.