**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:25-mj-00320-MEO-DCK-2 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Heather Morrow | Order, Subpoena, Letter |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kevin Byron Mason Department of Homeland Security

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
6130 Tyvola Centre Dr., Charlotte, NC 28217

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| W. Rob Heroy<br>Goodman Carr, PLLC<br>301 S. McDowell St., #602<br>Charlotte, NC 28204 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
Charlotte
May 28 2026
U.S. District Court
Western District of N.C.

| Signature of Attorney other Originator requesting service on behalf of: | PLAINTIFF ☐  DEFENDANT ☐ | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ Katherine Hord Simon | | | 3/2/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | CARLA RICHARDSON | Digitally signed by CARLA RICHARDSON Date: 2026.03.03 14:16:52 -05'00' |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Kevin Byron Mason | 5/5/26 | 9:00 | ☒ am ☐ pm |
| Address *(complete only different than shown above)*<br>Same As Above | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

1st endeavor - 1hr $65 + 9.72 (mileage 6.7miles Round trip 13.4 miles X .725 = 9.715)
Served in person TOTAL COST: $74.72

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

**2:11 pm, Mar 02 2026**

United States of America )
Heather Morrow )
)
_____ )
*Defendant* )

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

Case No. 3:25MJ320

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Kevin Byron Mason, Department of Homeland Security

_____

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any text messages, in-app messages, emails, social media posts or messages, or other communications relating in any way to the charges filed against Morrow, or the conduct underlying those charges, unless covered under privilege. This includes messages sent at any time after the fact, and messages on personal or Government devices.

| Place: Produce to Rob Heroy, Goodman Carr, PLLC, 301 S. McDowell St., #602 Charlotte, NC 28204 or by email | Date and Time: Within 15 days of receipt |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: 3/2/2026

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Heather Morrow _____
_____ , who requests this subpoena, are:
Rob Heroy, 301 S. McDowell St., Ste. 602, Charlotte, NC 28204. Rheroy@goodmancarr.net. 704.372.2770

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Case No. 3:25MJ320

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Kevin Byron Mason

was received by me on *(date)* 3/5/2026 .

☒ I served the subpoena by delivering a copy to the named person as follows: Kevin Byron Mason at 6130 Tyvola Centre Dr. Charlotte NC 28217
on *(date)* 5-5-2026 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 9.72 for travel and $ 65.00 for services, for a total of $ $74.72 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-5-2026 _____
*Server's signature*

LAUREN HOLLY DUSH
_____
*Printed name and title*

401 W. Trade St. Charlotte NC. 28202
_____
*Server's address*

Additional information regarding attempted service, etc.:-