UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-MJ-00320-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM STANLEY AND<br>HEATHER MORROW,<br><br>Defendants. | **ORDER** |

The Jury Act and Judicial Conference Policy permit meals to be provided to jurors in only two circumstances: (1) when the jurors are sequestered – ordered “kept together and not to separate,” 28 U.S.C. § 1871(e); or (2) during jury deliberations that continue over mealtimes, Guide, Vol. 4, § 365.60.20(a)(l).

For good cause appearing to the Court, it is **ORDERED** that the jurors in the above-entitled case be kept together and the Clerk of Court shall furnish them lunch for the duration of this trial.

**SO ORDERED.**

Signed: August 27, 2026

Matthew E. Orso
United States District Judge