IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 3:25-MJ-320-DCK |
| v. | ) | |
| WILLIAM STANLEY and | ) | DEFENDANT HEATHER MORROW'S |
| HEATHER MORROW, | ) | EXHIBIT LIST |
| Defendants. | ) | |

**DEFENDANT HEATHER MORROW'S EXHIBIT LIST**

Defendant Heather Morrow may offer the following exhibits at trial:

| **Exhibit Number and Description** | **Identified By** | **Admitted** |
|---|---|---|
| Morrow1. ICE Entrance | | |
| Morrow2. ICE building | | |
| Morrow3. ICE building | | |
| Morrow4. ICE Overhead shot | | |
| Morrow5. Polaris Map | | |
| Morrow6. Entrance Sign | | |
| Morrow7. Building | | |
| Morrow8. ICE Building | | |
| Morrow9. ICE Building | | |
| Morrow10. ICE BUilding Closeup | | |
| Morrow11. ICE Building Closerup | | |
| Morrow12. ICE Entrance area | | |
| Morrow13. Signage on a post | | |
| Morrow14. No trespassing gated area | | |
| Morrow15. Google streetview entrance | | |
| Morrow16. Google Streetview Building | | |

| Exhibit Number and Description | Identified By | Admitted |
| --- | --- | --- |
| Morrow17. Google Streetview Sign | | |
| Morrow18. Google Streetview Entranceway | | |
| Morrow19. Google streetview building and entranceway | | |
| Morrow20. Google Streetview further back | | |
| Morrow21. Google streetview sign | | |
| Morrow22. Google streetview entrance area | | |
| Morrow23. Black pickup | | |
| Morrow24. Stillshot of stanley tackled | | |
| Morrow25. photo of ground | | |
| Morrow26. Silver pickup | | |
| Morrow27. windshield | | |
| Morrow28. Windshield 2 | | |
| Morrow29. 302 re. palm print | | |
| Morrow30. palmprint document | | |
| Morrow31. lab report on palmprint | | |
| Morrow32. FBI lab chain of custody | | |
| Morrow33. FBI lab communications | | |
| Morrow34. ERO leadership advisory | | |
| Morrow35. ERO leadership advisory email forward | | |
| Morrow36. FBI 302 social media | | |
| Morrow37. FBI 302 video 2.6.26 | | |
| Morrow38. FBI 302 video 11.26.25 | | |
| Morrow39. FBI 302 Video 2.6.26 | | |
| Morrow40. FBI 302 on property | | |
| Morrow41. Polaris records | | |
| Morrow42. Title 41 | | |
| Morrow43. Federal Management Regulation | | |

| **Exhibit Number and Description** | **Identified By** | **Admitted** |
|---|---|---|
| Morrow44. Serious Injury Report | | |
| Morrow45. DHS LLC report | | |
| Morrow46. Property Map | | |
| Morrow47. Property Lease | | |
| Morrow48. Medina photo | | |
| Morrow49. Mason masked up photo | | |
| Morrow50. Torres masked up photo | | |
| Morrow51. FBI 302 Mason 11.24.25 | | |
| Morrow52. FBI Mason notes 11.24.25 | | |
| Morrow53. Mason email | | |
| Morrow54. FBI Mason 302 4.2.26 | | |
| Morrow55. FBI Mason notes 3.30.26 | | |
| Morrow56. Medina 302 11.24.25 | | |
| Morrow57. FBI Medina notes | | |
| Morrow58. FBI Medina 302 5.5.26 | | |
| Morrow59. Medina Notes 3.23.26 | | |
| Morrow60. FBI 302 Rajabi 11.24.25 | | |
| Morrow61. FBI Rajabi notes 11.24.25 | | |
| Morrow62. FBI 302 Rajabi 5.4.26 | | |
| Morrow63. FBI Rajabi Notes 5.4.26 | | |
| Morrow64. Serious Injury Report | | |
| Morrow65. FBI 302 Torres 11.24.25 | | |
| Morrow66. FBI notes Torres 11.24.25 | | |
| Morrow67. FBI 302 Torres 5.4.26 | | |
| Morrow68. FBI Notes Torres 5.4.26 | | |
| Morrow100. morrow.complaint | | |
| Morrow101. evidence.has.reappeared.report | | |
| Morrow102. USAO.press.release | | |

| Exhibit Number and Description | Identified By | Admitted |
|---|---|---|
| Morrow103. photo of bagged item | | |
| Morrow104. photo of bagged item (2) | | |
| Morrow105. photo of entranceway | | |
| Morrow106. Video (1) | | |
| Morrow107. Video (2) | | |
| Morrow108. Video (3) | | |
| Morrow109. Video (4) | | |
| Morrow110. Video (5) | | |
| Morrow111. Video (6) | | |
| Morrow112. Video (7) | | |
| Morrow113. Video (8) | | |
| Morrow114. Video (9) | | |
| Morrow115. Photo of bagged item (3) | | |
| Morrow116. Photo of Megaphone | | |
| Morrow117. Subpoenas | | |
| Morrow118. Subpoena Returns | | |

The Defense reserves the right to supplement or amend this list as discovery and trial preparation continue. Listing an exhibit is not a representation that the exhibit will be offered at trial.

This the 27th day of August, 2026.

/s/ W. Rob Heroy
W. Rob Heroy
Goodman Carr, PLLC
301 S. McDowell St., Ste. 602
Charlotte, NC 28204
(704) 372-2770
rheroy@goodmancarr.net
N.C. State Bar No. 35339

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant Heather Morrow's Exhibit List was served upon all counsel of record via the Court's CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

This the 27th day of August, 2026.

/s/ W. Rob Heroy
W. Rob Heroy
Goodman Carr, PLLC
Attorney for Defendant Heather Morrow