IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM STANLEY and<br>HEATHER MORROW | )<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO.: 3:25mj320-MEO<br><br>**UNITED STATES' MEMORANDUM RE: GEOGRAPHIC AREA OF FEDERAL PROPERTY** |

NOW COMES the United States of America, by and through Dallas Kaplan, First Assistant United States Attorney, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, and hereby files its memorandum regarding what geographic area constitutes federal property in this case. *See* August 28, 2026, Text-Only Order.

The Defendants are charged in the Bill of Information with three offenses under 41 C.F.R. §102-74, Subpart C, which regulates conduct on federal property. 41 C.F.R. § 102-74.390(b), 41 C.F.R. § 102-74.390(c), and 41 C.F.R. § 102-74.385. Title 41 was promulgated pursuant to 40 U.S.C. § 1315, which gives the Department of Homeland Security regulatory authority over "property owned or occupied by the Federal Government." 40 U.S.C. § 1315(c)(1). The General Services Administration ("GSA") Conduct Rules do not define "federal property." However, the rule applies to "all persons entering in or on such property." 41 C.F.R. § 102-74.365; *United States v. Reardon*, 2026 WL 123302 *6 (W.D.La. Jan. 16, 2026); *United States v. Pearl*, 2026 WL 1983607 *4-5 (D. OR. July 9, 2026). "Federal property includes any building, land, or other real property owned, leased, or occupied by any department, agency, or instrumentality of the United States." 20 U.S.C. § 107e(3); *Reardon*, 2026 WL 123302 at *6.

The Bill of Information alleges that the violations occurred on November 16, 2025, at 6130 Tyvola Centre Drive, Charlotte, North Carolina. DHS NC, LLC ("Lessor") owns 6130 Tyvola

Centre Drive. *See* Doc. 58-2. A legal description of the land is in the North Carolina Special Warranty Deed dated November 9, 2012. *See* Doc. 58-1; *see also* Doc. 58-3 – Mecklenburg County Map Book; Doc. 58-4 – Survey of 6130 Tyvola Centre Drive; Exhibit 3 – Polaris Map of 6130 Tyvola Centre Drive, Mecklenburg County Property website (showing property lines). These maps show that the driveway and parking area, the location where the crimes occurred, are within and on the property at 6130 Tyvola Centre Drive.[1]

Since January 24, 2002, and continuing to the present, GSA has leased the premises and its appurtenances at 6130 Tyvola Centre Drive, Charlotte from DHS NC, LLC or its predecessor owner. *See* Exhibit 1, January 24, 2002, Lease for Real Property for Tyvola Centre Drive ("Lease") and Exhibit 2, August 31, 2023, Lease Amendment No. 24. GSA is and has been the only tenant at this property. The Lease states:

> 1. The Lessor hereby leases to the Government the following described premises:
>
> A total of 52,000 rentable square feet (48,300 ANSI/BOMA usable square feet) of office and related space, with 29 reserved secured inside parking spaces in a newly constructed building, as shown on the attached site plan, located at Tyvola Centre Dr., Mecklenberg County, Charlotte, NC.
>
> to be used for SUCH PURPOSES AS DETERMINED BY THE GENERAL SERVICES ADMINISTRATION
>
> 2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on
>
> March 01, 2003 THROUGH February 28, 2023 subject to termination

Ex. 1 at p. 2. On August 31, 2023, Lease Amendment No. 24 was executed between the Lessor and GSA which updated paragraph 1 of the Lease to include "a total of 41,316 rentable square feet of office and related space, with 29 reserved secured inside parking space…" Ex. 2 at p.2. Paragraph 2 contains similar appurtenance language as was in the original Lease and extended the lease through July 28, 2028. *Id.* at p. 3.

[1] The conduct occurred in the driveway and parking area to the right of the "6135" in Exhibit 3.

The Lease contains additional provisions concerning appurtenances, parking lots and driveways, including the following:

- p. 3 – "7D. Lessor shall provide 29 reserved secured inside parking spaces and 200 on-site paved surface parking spaces at no additional charge…"

- p. 11 – "1.3(a)(1) – Parking – employee and visitor parking for 200 vehicles must be available on site."

- p. 14 – "1.11(d)(1) – Parking and exterior queuing area will be excluded from the total square footage, but not from the price…"

- p. 20 – "3.10 – Appurtenant Areas: The right to use appurtenant areas and facilities is included. The Government reserves the right to post Government rules and regulations where the Government leases space."

- p. 38 –" 6.15(b): Exterior parking areas, vehicle driveways, pedestrian walkways and building perimeter shall…"

- p. 42 – "7.9(b): The Lessor shall maintain the leased premises, including outside areas in a clean condition and….DAILY: Police sidewalks, parking areas and driveways…"

- p. 43 – "AS REQUIRED: Properly maintain plants and lawns, remove snow and ice from entrances, exterior walks and parking lots of the building prior to the start of normal working hours and during the day as snow and ice accumulate 3"."

A representative of the Lessor and the Lessee were interviewed and are expected to testify at the trial. A representative from the Lessor, DHS NC, LLC, would testify that 6130 Tyvola Centre Drive is leased to the Department of Homeland Security ("DHS"), a federal agency. The Lease covered the building, parking garage, parking lot, the lawns, and the entire surveyed area. The Lessor reviewed the map in Exhibit 3 and said everything inside the green line on the image was property included in the Lease and under control of the Lessee, DHS. The walkway, driveway, and lawns are included in the appurtenances. The parking and exterior queuing areas were included in the lease but were not counted toward the building's rentable square footage, which would have affected the cost per square foot. The Lessor would further testify that the Lessee was

able to post their own rules and regulations, and the Lessor was not responsible for removing trespassers from the property.

A representative from the Lessee would testify that 6130 Tyvola Centre Drive is leased by GSA, which has full control of the area, and that Immigration and Customs Enforcement ("ICE") is the sole tenant.[2] The Lessee explained that there have been several lease amendments since the original Lease, but the site has never changed and it was originally built for INS, a predecessor to ICE. Pursuant to the Lease, appurtenances include ancillary structures and parking lots that serve the space, including the driveway. On-site parking was part of the lease and included in the shell rent. The Lease provides that the United States Government has the right to post official notices of conduct on the premises and these notices can be posted anywhere on the property being leased, including on the facility or appurtenances like the parking lot. The Lessee also reviewed the map in Exhibit 3 and stated that anywhere within the green line is within the tax parcel and is the border of what is being leased. The Lessee explained that, pursuant to the lease, GSA is responsible for paying the taxes on the real estate bill for the property. *See also* Ex. 1 at p. 19.

Based on the foregoing, the United States submits that 6130 Tyvola Centre Drive, including the driveways, parking lots, and sidewalks within the property lines as delineated in Exhibit 3, is federal property because it is "building, land, or other real property" that is "leased, or occupied by any department, agency, or instrumentality of the United States." 20 U.S.C. § 107e(3); *Reardon*, 2026 WL 123302 at *6. Therefore, based on this submission the Court has sufficient evidence and facts for it to "determine as a matter of law" that 6130 Tyvola Centre Drive is federal property in this case. Doc. 90.

---

[2] The lease states that "[i]f the least contemplates that the Government is the sole occupant of the building, for purposes of this clause, the leased premises include the land on which the building is sited and the building itself." Ex. 1 at p. 146 (552.270-12 – Alterations (SEP 1999)).

RESPECTFULLY SUBMITTED this 29th day of August, 2026.


DALLAS KAPLAN
First Assistant United States Attorney
*Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515*

/s/ Kenneth Smith
KENNETH SMITH
Assistant United States Attorney
North Carolina Bar Number 17934
Kenny.Smith@usdoj.gov

/s/ Caryn Finley
Caryn Finley
Assistant United States Attorney
New York Bar Number 3953882
Caryn.Finley@usdoj.gov

United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704-244-6222