To Whom It May Concern:

I am writing this letter in support of Heather Morrow and to offer my sincere character reference on her behalf.

As a former principal of three Charlotte-Mecklenburg Schools, Blythe Elementary School, Davidson IB Middle School, and Alexander Middle School,and I have spent many years working with children, families, teachers, and school staff. Through this experience, I have developed a deep appreciation for the individuals who play an important role in ensuring the safety, well-being, and success of students. School bus drivers are among those individuals, and their responsibilities should never be underestimated.

I know that Heather has been thoroughly vetted by Charlotte-Mecklenburg Schools, where she works as a bus driver transporting young children to and from school each day. The process of becoming a CMS bus driver includes background checks, fingerprinting, and other required screenings. Heather has successfully passed these requirements and has been entrusted with one of the most important responsibilities in our school system: the safety of our children.

As a retired principal, I understand firsthand that a school bus driver is much more than someone who simply drives a bus. Bus drivers are often among the first school personnel children encounter in the morning and the last they see at the end of the school day. They help establish a child's sense of security, provide reassurance, and contribute to the positive attitude with which children begin their day. Their patience, attentiveness, judgment, and care can make a meaningful difference in a child's school experience.

I have always believed that the individuals entrusted with transporting our children must be conscientious, responsible, safety-oriented, and thoughtful. They must recognize that every child on their bus is someone's most precious possession. The responsibility they carry is significant, and it requires a genuine commitment to the well-being of others.

Based on my years of experience as an educator and school administrator, I know how important it is to have people in our community who are willing to take on the responsibility of caring for our children.  I know CMS schools hired her because she has met and surpassed all of the  requirements. and takes her job of caring for others seriously.believe that the work Heather does is

Sincerely,

Jo Karney Cloniger

Jo Karney Cloniger
Retired Principal
Charlotte Mecklenburg Schools

# Sharif R. Hannan, Esq.

436 East 36th Street
Charlotte, NC 28205
(980) 426-2550
AttorneySharif@gmail.com

November 5, 2026

Re: **United States v. Heather Morrow**
Court File No. 3:25MJ320-MEO
United States District Court – Western District of North Carolina

To Whom It May Concern:

My name is Sharif Hannan, and I am writing this letter in support of Heather Morrow. I am an attorney licensed in North Carolina and New York, and my practice focuses mainly on criminal defense and family law. I previously served as a prosecutor in the Bronx District Attorney's Office. I have also worked with the Department of Homeland Security, the Department of the Treasury, the U.S. Office of the Inspector General, and other agencies on long-term criminal investigations. Outside my practice, I am a community organizer with the Charlotte Muslim Caucus. There I work to educate residents and get them civically engaged, and I build coalitions among faith communities and other groups to support people in need.

I have known Heather for about a year. We met as fellow candidates in the primary for the Mecklenburg County Commission. Since then I have spent time with her at campaign events, community events, and in civic circles, and I am writing based on my own personal knowledge and observations of her character during that time.

During the time I have known Heather, I have seen an energetic, spirited woman who is, above all else, selfless. She cares about speaking up for people in need, and she is willing to roll up her sleeves and do the work herself. She understands that real change comes through conversations, community, and leadership. For example, during the primary campaign, Heather met with residents in every corner of Mecklenburg County, regardless of their race, religion, creed, or economic circumstances. She met people where they were, listened to their concerns, and encouraged them to take part in the democratic process by voting in the primary. She did not limit her outreach to people who looked like her or shared her background. She showed up for everyone.

Heather also takes great pride in her work as a public servant. As a school bus driver, she is trusted every day with the safety of the community's children, and she takes that responsibility seriously. She also understands how important family is. I understand she is the primary caregiver for her elderly mother, who depends on her. These examples show Heather's commitment to her community, her work, and the people who rely on her.

Since I learned about this matter, I have seen Heather take the seriousness of the charges against her to heart and face them head-on. Through this difficult time, she has stayed focused on keeping her job and caring for her family, and she has remained an active and engaged member of her community. Even while facing serious consequences, she has kept meeting her responsibilities to the people who depend on her.

I respect the jury's verdict, and I do not write to excuse what happened. I write because the Heather I know is someone whose instinct is to protect others, not to harm them. I respectfully ask the Court to consider my perspective in deciding an appropriate sentence. In particular, I ask the Court to consider a community-based sentence, such as community service or supervised probation, that would let her keep her

job and keep caring for her mother. An opportunity to learn directly from law enforcement officers about the demands and dangers of their work could also be valuable to her. I believe Heather has the character, the support system, and the commitment to keep contributing to her community.

Thank you for your time and consideration.

Respectfully,

Sharif R. Hannan, Esq.

State of North Carolina
General Court of Justice
Defender District 26

KEVIN P. TULLY
PUBLIC DEFENDER

TEL: 704-686-0900
FAX: 704-686-0901

County & Courts Office Building
720 East Fourth Street, Suite 300
Charlotte, NC 28202-2894

October 12, 2026

Honorable Judge Matt Orso:

I hope this letter finds you well. My name is Margaret Amshay and I have the privilege of knowing and volunteering alongside Heather Morrow.

Heather is an amazing human being who has devoted her life towards making Charlotte a better place for all. She is an advocate, community leader, and activist, through and through. When I met her I could immediately tell that she was a selfless and caring individual. I met Heather at a vigil honoring the individuals who died in the Mecklenburg County jail this year. Even with the weight of her own legal case hanging over her head she still dedicated her time to caring and advocating for other community members.

Heather is also one of the leaders of the Charlotte Bail Fund. She has changed the lives of countless individuals by helping facilitate their release from custody. Pretrial detention can destroy careers, break up families, and destabilize communities. Heather's work with our local bail fund has produced tangible results and I have personally seen the way it has changed the course of several of my clients lives. I cannot stress enough how needed she is in our community. Because of this ongoing trial, the Charlotte Bail Fund has not been able to run. There are dozens of individuals that could've been released with the bail fund's assistance that are now forced to remain in detention.

I ask you to show mercy to Heather as you give your sentence. A criminal conviction on her record is a significant punishment that will follow her for the rest of her life. This sentence will not just affect one person. There are dozens of families in this city that will be directly impacted by Heather's inability to work.

Please allow Heather to continue to be the positive force that she is within this community.

With Respect,

Margaret E. Amshay, Esq.
Assistant Public Defender
Mecklenburg County Public Defender's Office

Mina Ezikpe
Assistant Public Defender
Mecklenburg County Public Defender's Office

November 5, 2026

To the Honorable Judge Matthew Orso:

My name is Mina Ezikpe. I am a public defender in Mecklenburg County, a homeowner in Charlotte, NC, and a graduate of Harvard Law School, class of 2023. I am writing this letter in support of Heather Morrow. I ask that the Court consider a probation offer in Ms. Morrow's case.

I have known Heather for two years now. In the time I've known her, I've known her to be a compassionate, giving, and truly kind person. She is someone who overextends herself, giving what she has to friends, family, community, and even strangers in need. These are things I have witnessed personally.

For example, in summer of 2024, Heather directly supported a young woman who experienced a sexual assault by another mutually known community member. Heather escorted the woman to the police department and to a domestic violence shelter. Heather allowed this young woman to stay at her house when the woman was experiencing homelessness after being kicked out of her parents' house. Heather helped this young understand the process for reporting a sexual assault and getting a rape kit, and connected her with Safe Alliance, the domestic violence nonprofit and shelter in Charlotte.

In addition to all the community advocacy that Heather does, I've watched Heather work two jobs, both physically intensive jobs even though Heather struggles with mobility and chronic health issues, to keep her 25 year old daughter on her health insurance longer. Heather worked 80 hours a week for 9 months to afford to move out of her parents' house recently and into her own space to make room for her daughter and granddaughter, whom currently live in a different state.

Heather's daughter is trying to flee an emotionally abusive marriage that is currently ending. Statistics show that the most dangerous time for a woman escaping domestic violence is when she is trying to leave, and Heather has worked tirelessly to save and create a soft and comfortable space for her daughter and granddaughter to land when they are ready and safe to move to Charlotte.

Heather is a truly compassionate person. She talks a lot about her job as a CMS bus driver. Even though the job is quite physically demanding and requires working long and odd hours, Heather always speaks positively about her relationship and interactions with students, how she can be someone positive in their life. Heather is able to connect the empathy she feels for those around her with larger systemic issues in society, and she strongly believes in helping to create a more just society. Heather doesn't talk the talk; she walks the walk.

This upcoming Sunday, November 8, 2026, Heather is hosting a Friendsgiving for her community in Charlotte. Even with real prison time hanging over her head, Heather still prioritizes her friendships and bringing community together. This is the kind of person that Heather is. She is extremely valuable to the community: an essential public sector worker, mother, grandmother, community advocate, and friend; someone whose own personal experiences and struggles have made her extend compassion and direct support to anyone in a similar situation and to connect her own experiences to how she can help make the world a better place for all.

I ask that you take all of this into consideration and sentence her to a community punishment, one that allows her to continue to prove out in the community the person she truly is and how valuable she is to the people in her life.

Thank you,

Mina Ezikpe, Assistant Public Defender
7325 Pebblestone Drive, Unit A
Charlotte, NC 28212
mina.ezikpe@gmail.com

KELSI D HALL
NOTARY
MY COMMISSION EXPIRES
7·14·31
PUBLIC
MECKLENBURG COUNTY, N.C.

STATE OF ~~Mecklen~~ NORTH CAROLINA
COUNTY OF Mecklenburg
Subscribed, sworn, and acknowledged before me
this 5 day of November, 2026.

Kelsi D Hall
A Notary Public of North Carolina
My Commission Expires 7·14·31.

November 5th, 2026

To Whom It May Concern,

My name is Jamie Marsicano, and I am writing this letter in support of Ms. Heather Morrow. I am an attorney licensed in North Carolina where I represent families in abuse, neglect, and dependency court in Durham. However, before I became an attorney, I founded a community bail fund in Charlotte, which is my hometown. It is through this bail fund work that I met Ms. Morrow. I am writing based on my personal knowledge and observations of her character since I have known her over the past two years.

After graduating from law school at UNC in 2024 and moving full time to Durham, I knew that the Charlotte Bail Fund needed new leadership from people who lived in Charlotte. A small group of community members stepped up to take over the bail fund operations, including Ms. Morrow. Since training Ms. Morrow on how the cash bail system works in Charlotte and being available to consult when requested, I have witnessed Ms. Morrow provide countless volunteer hours to support the families of criminal defendants who cannot afford to pay the bail granted by a judge. She has provided this support by raising money, guiding families through the process, connecting them with bondsmen and other service providers, and helping to eliminate barriers to client court attendance.

Under Ms. Morrow's leadership, the bail fund has raised dozens of thousands of dollars and taken on more clients over the last two years than I was able to take in the six years preceding her tenure. She has begun to expand the Charlotte Bail Fund's resources and reach to more rural areas beyond Charlotte. For example, when a young, incarcerated mother whose family lived in a different city and did not understand how the bail system worked, Ms. Morrow coordinated between the mother's family and a bondsman across municipal lines to explain and coordinate the process so that the mother could return home. As an attorney who works in family law, witnessing Ms. Morrow advocate to support and reunite families on an entirely volunteer basis has been an inspiring and humbling experience. Indeed, observing Ms. Morrow's passion, patience, and care for her clients has taught me how to be more client-centered in my own practice of law.

Since I learned of Ms. Morrow's case before you, I have seen Ms. Morrow take seriously her own legal process, just as she has coached people to do while working with the bail fund. She has adhered her pretrial requirements and the court process all while working as a public-school bus driver and continuing to volunteer with the bail fund. She has set an example for her bail clients that the court process should be complied with and respected.

I respectfully ask that the Court consider Ms. Morrow's demonstrated positive character, care for community, and respect for the legal process as it determines an appropriate sentence.

Sincerely,

Jamie Marsicano

Jamie Marsicano, Esq.
106 E. Club Blvd.
Durham, NC 27704
jmarsicano@gmail.com

Angelia James

1218 Edgewood Rd

Charlotte N.C. 28208

11/4/2026

The Honorable Judge Mathew Orso

Federal Courthouse

401 W. Trade St.

Courtroom #5B

Charlotte N.C. 28202

Re: Character letter for Heather Morrow, Case No. 3-25MJ320-MEO-DCK

Dear Judge Orso:

I am writing on behalf of Heather Morrow. My name is Angelia James, and I have known Heather Morrow for three years. We met while attending a workshop on housing. Her firsthand knowledge and encouragement on how to fill out the application helped me co-sign on my daughter's lease. She gave me a list of available homes and apartments that would be comparable to our low-income situation. Upon following her guidance and direction, my daughter was able to lease her apartment, with a smooth process.

During the time I have known Heather, I have observed her willingness to share about her daughter and granddaughter. She has shared about her daughter's ability to have an

income by becoming a hairdresser. She shared pride in being a mother and assisting her daughter.

Heather is consistently helping her mother. I met Heather's mother at her mother's home. We had a meal together. I noticed how Heather prepared the meals. She also helped her mother get up and down out of her seated position, as her mother is incapacitated with her back, hip and leg movement.

In addition, Heather drove to get chairs and helped me set them up at a recent climate event held in my community. It takes a lot of hands to put on an event. Heather was right by side when I was preparing and at the event as well. My event was a success because I could depend on her helping hand and advice about what vendors would be good for my community, especially since she lived somewhere else and a different race.

I did not know Heather was a school bus driver until I was describing to her about my autistic grandson catching the bus for school. She explained how she drove a bus, where she had to go pick up her bus and how she listened to the children. She was so proud of having a consistent job. She could get a place for her daughter and granddaughter. I have been impressed by her ability to do the job, get paid and get an award for such diligence and consistency.

Heather sat on a panel at the Tuesday morning forum in February of 2026, as she campaigned for a seat for county commissioner. She spoke respectfully with knowledge of what she would do for the people if she was elected. She had a clear message she communicated while phone banking. I was with Heather in this endeavor as I observed her

kind presence, her clear speaking ability and she showed how much she really likes people. She received over 1500 votes with the abilities she put forth.

Since I learned about this matter, I have seen Heather participate at a Friend's meeting, connecting and helping a friend with her children. Heather has attended a church service I was not aware where I go on a weekly basis for use of their space at Avondale Presbyterian on Park Rd in Charlotte NC. Heather has come to my house to help me with making posters and she has prepared too many meals at her house for me. She is the best foodie person I know. We have this love for Mediterranean kabobs. We sat down for several meals together. Heather shows her commitments seriously. She is the one person I can depend on.

I respectfully ask the Court to consider these firsthand observations when determining an appropriate sentence. I believe Heather's kindness, fortitude, knowledge, dependability and seriousness is what is needed to impact the community where I live. Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Angelia James

X [signature]

Nayjaliz Hernandez Colombo

NAYJALIZ HERNANDEZ COLOMBO NOTARY PUBLIC MECKLENBURG COUNTY, NC

Exp: 6/16/2031

Ashley "Luxx" Pinkston

11/05/2026

To Whom It May Concern:

My name is Ashley "Luxx" Pinkston, and I am writing this letter in support of Heather Morrow. I am a Charlotte resident that has lived in Mecklenburg county their whole life and graduated from William Amos Hough high school. I have known Heather and have been utterly joyous to interact with her over the course of the last year. I first learned of her initially when I was just starting to figure out about the Housing Justice Coalition, what they represented and who they represented after she reposted one of their events online. I am writing based on my personal knowledge and observations of her character during this time.

During the time I have known Heather, I have observed how caring and selfless she is through her countless advocacy no matter how demanding or troublesome. For example, I have found out about so many amazing and life saving services and sources through heather such as where to find free food, water, and temporary housing. She didn't know it at the time but I needed it not just urgently, but desperately. She didn't have to meet me in person to see me as an individual deserving of resources and a place to talk with other like minded people.

Additionally, Heather has taken the time to personally reach out to me and invite me to community events in efforts to offer me support and community through a very unsure and unstable mental state. It didn't matter if it was a barbecue in a backyard or a pool party in a near by neighborhood, she has always extended an invitation out to me. I was initially shocked at first at how utterly welcoming she was not because it made me see her in any sort of cynical or insincere light, but rather because I was in utter disbelief at how kind she truly is. These examples demonstrate Heather's altruism, generosity, magnanimity, and firmness in always showing up for those around her.

Since I learned about this matter, I have seen Heather stay so positive and open hearted in the face of endless scrutiny and literal prosecution. When I first learned of her arrest I

automatically wanted to learn what I could do to get more involved and spread the word of how absolutely astonishing she is at getting people connected and make them feel like they finally have a safety net to fall on

I respectfully ask that the Court consider my perspective when determining an appropriate sentence. That Heather is not only an active member of the community but a needed member of this community. She provides one of the most important services when it comes to her daily life and work, supplying children with a safe space and mode of transportation. In a world that is basking in cruelty more and more every single day, heather continuously frolics through endless fields of possibility, kindness, and camaraderie.

Thank you,

Ashley "Luxx" Pinkston
3036 Leroy St. Charlotte, NC
Luxxalastair@yahoo.com

KELSI D. HALL
NOTARY
PUBLIC
MECKLENBURG COUNTY, N.C.

**STATE OF** North Carolina

**COUNTY OF** Mecklenburg

Subscribed, sworn, and acknowledged before me

this 5 day of November, 2026.

A Notary Public of North Carolina

*My Commission Expires* 7.14.31.

Vianey López

November 5, 2026

To Whom It May Concern:

My name is Vianey López, and I am writing this letter in support of Heather Morrow. I am a Charlotte community member and paralegal at the law firm of Conrad Trosch & Kemmy, P.A. for eleven years. I have known Heather for approximately three years. I am a member of the Charlotte Housing Justice Coalition and eventually got to know Heather at the mutual aid fairs we would both attend. I am writing based on my personal knowledge and observations of her character during this time.

During the time I have known Heather, I have observed how deeply she cares for others and how passionate she is. She cares about the kids that she safely transports to and from school as a Charlotte-Mecklenburg School system bus driver. Heather is vital in her role to the community, especially during a time when there is a bus driver shortage. This is a reflection of her importance to the community and the trust that is placed in her. Heather has such a positive personality and steps up and keeps the momentum going when others feel tired; she is someone who friends and neighbors can rely on because she sees the positives in everything and shows up for everyone.

Additionally, Heather is a loving mother to her two daughters and one grandchild. Prior to this case, Heather worked two jobs to help support her family. She also helps support her two elderly parents. Even through this case, Heather has worked hard to provide for her family and through her hard work, has been able to rent a house. These examples demonstrate Heather's commitment to her family and create a stable life.

Since I learned about this matter, I have seen Heather's resiliency and positive spirit grow.

I respectfully ask that the Court consider my perspective when determining an appropriate sentence. I believe Heather has the positive character, strong support system, and demonstrated commitment to contribute to society.

Thank you,

Vianey López

KELSI D. HALL
NOTARY
PUBLIC
MECKLENBURG COUNTY, N.C.

**STATE OF** North Carolina

**COUNTY OF** Mecklenburg

Subscribed, sworn, and acknowledged before me

this 5 day of November 2026.

A Notary Public of North Carolina

*My Commission Expires* 7.14.31.

Jimmy Vasiliou
jsvasiliou@gmail.com

To whom it may concern:

My name is Jimmy Vasiliou and I am a member of the Charlotte Housing Justice Coalition. I am a 31 year resident of the Greater Charlotte area having grown up in Fort Mill for the first 17 years before moving to Charlotte in 2013. I have been in Charlotte ever since.

I first met Heather at a community event in 2024. One of the topics of discussion at the event was the rise in homelessness within Mecklenburg County and the ways in which we could address it as a community. In my initial conversation with Heather, I was struck by her passion and care for those in our community who were forced to live on the streets. Her empathy was incredibly apparent as we talked about how we could work together in order to care for those who were homeless and also prevent others from becoming homeless.

Since our initial meeting in 2024, our paths have crossed at different community events and gatherings. I've seen Heather help set up distributions of free food and clothes for those in need in West Charlotte. She's helped craft colorful signs for different student events around the city. I've also seen her run for public office because she felt called to run and tackle the issues that our communities face when it comes to homelessness, workforce development, and education. She's someone who is emblematic of the title "good citizen." She cares deeply for her community and is willing to do what she can to change Charlotte for the better. It doesn't only make her a good citizen but also a wonderful neighbor.

I hope all of these words are strongly taken into consideration for Heather.

Thank you,

Jimmy Vasiliou

November 5, 2026

To Whom It May Concern:

My name is Hannah Harward, and I am writing this letter in support of Heather Morrow. I have worked as a business manager for nine years. I am also an active member of my local Muslim community. I serve on my mosque's civic engagement team and take part in several community and civic caucuses.

I have known Heather for about a year. We met while canvassing door to door for local candidates ahead of the primary elections. Since then, she has become someone I think of as a true community partner, a person I know I can call on when neighbors need help or when an issue of fairness and justice comes up. I am writing based on my own experience with her and what I have seen of her character during that time.

The Heather I know is compassionate and has a strong sense of right and wrong. When we were out in the community together, I saw how much she cared about other people. She worked tirelessly, giving her time and energy to support candidates she believed would truly look out for the people they served. Her motivation was never about herself. It was always about making life better for others.

Since I learned about this matter, I have seen that Heather's commitment to her community has not wavered. She has continued to stand up for underrepresented members of our community, just as she always has. Even through a difficult and uncertain time, she has kept showing up for others. This is simply who she is.

I respectfully ask the Court to consider my perspective when deciding an appropriate sentence. Heather is a caring, dedicated person with deep roots in her community and people who believe in her. I am confident that she will continue to give back and be a positive presence in the lives of those around her.

Thank you for your time and consideration.

Sincerely,

Hannah Harward
hannahgharward@gmail.com
336-528-8922
Charlotte, NC

**Sworn to before me in Mecklenburg County,**
**North Carolina this 5th day of November 2026**

NOTARY PUBLIC

SHARIF R. HANNAN
My Comm. Expires
NOTARY PUBLIC
June 21, 2031
MECKLENBURG COUNTY, NC

11/3/26

To Whom It May Concern-

I'm writing on behalf of my friend, Heather Morrow: a person who gives me hope, a person who reminds me of the goodness of humanity; a person who sprinkles sunshine wherever she goes.

Heather is someone who stands up for others even if it costs her something. She drives a school bus and protects the kids who get bullied. She loves her students. She loves mother, her father, her brother, her children, her grandchildren, her colleagues, her friends. Heather loves strangers in the street. She spreads joy because she is joy.

Heather is the type that has internalized the Martin Niemoller poem, "First they came for the the..." It's who she is and the world needs more of who she is.

I've worked in special education, I've taught preschool, I've worked in churches. The most important lesson I've learned is what Heather knows. That all people are are worthy. That we all have inherent worth and dignity. That how we treat and stand up for others is everything.

I hope and pray that the court will see Heather's character- her bright light- as he decides her sentence.

Sincerely,

Julie Crandall

Julie Crandall

November 5, 2026

To Whom It May Concern:

My name is Paul Crandall, and I am a dentist in Cornelius. I have practiced in North Carolina for 28 years. Much of my life outside the office has gone into community work, including with Indivisible Lake Norman, which my wife, Julie, co-founded.

I know Heather Morrow through my wife, Julie, who counts Heather as a friend, and I have come to know Heather and her family myself. I sat in the courtroom to support her and Julie was at her side for every day of her trial.

The Heather I have met, and whom Julie knows, is the person who steps in first when someone is being picked on or pushed around. She works as a school bus driver for Charlotte-Mecklenburg Schools. On her bus, bullies do not get to intimidate other children, and kids know they are safe and noticed. As a dentist, I see a lot of children, and I know how much it matters to a child to have one steady adult who looks out for them each day. For many children on her route, Heather is that adult.

Nothing I have seen or heard of Heather suggests a person who means harm to anyone.Everything points the other way: to someone who cares about her neighbors and acts on that care. From all I know of her, the events that brought her before the Court are out of character with the rest of her life.

I ask the Court to see Heather as the whole person she has been. Imprisonment would take her away from her family and from the students who count on her every school day, and it would leave our community without someone who makes it kinder and safer.

Thank you for your consideration.

Respectfully,

Paul Crandall, DMD

November 4, 2026

To Whom It May Concern:

I am a retired physician. I practiced family medicine, and later hospice and palliative medicine. I now live in Portland, Oregon, where I have spent many years as a community organizer and volunteer, both for an organization which serves homeless youth, and as a physician who provides medical care for those nearing the end of life.

I want to be honest about how I come to write this letter. I have not met Heather Morrow. I know her through my sister, Julie Crandall, who co-founded an Indivisible group in the Lake Norman and Mooresville area of North Carolina. My sister knows Heather personally, and over the past months, she has shared with me, in detail, who Heather is. She cares enough about Heather to have sat with her through every day of her trial. Julie tells me Heather is always the first to step in when someone is being hurt or treated unfairly. In Julie's words, some people are born to stand up for others, and Heather is one of them. She lives that out every day as a school bus driver for Charlotte-Mecklenburg Schools. She does not let bullies intimidate other children, and she makes her bus a place where kids feel safe and seen.

What stands out to me in everything I have heard is that Heather acts from conviction, not self-interest. She showed up in her own community because she cared about her neighbors. I have spent my life around people who show up that way, in clinics, at bedsides, and in civic life, and I recognize it. From all I know of her, the events that brought her before the Court are out of character with the rest of her life.

As a doctor, I learned that no one is fully described by a single moment, especially a moment of strong feeling. I ask the Court to consider Heather as a whole person: someone whose friends rearranged their lives to fill a courtroom and stand beside her. Imprisonment would separate her from the family, students, and community who rely on her and who have shown so clearly how much they value her.

Thank you for taking the time to read this letter.

Respectfully,

Jennifer Ann Black, MD (retired)

November 5, 2026

To Whom It May Concern:

I am writing to affirm the character of Heather Morrow. I am an Indivisible Lake Norman advocate and was one of several who came to support Heather at the trial. I had several opportunities to speak with Heather and her family each day during break times.

In my conversations with Heather, I found her to be compassionate, resilient, and courageous. A moment that stood out was hearing her describe the children she serves. Her face shines when she talks about helping the children she drives to and from school. It is obvious to me how much she cares about people, especially those who may be vulnerable or overlooked.

Talking with her filled my heart with admiration and warmth. Her positivity and concern for me were inspiring. I was surprised by how warmly she would talk with me, someone she had just met. She showed so much gratitude and encouragement. I came away from our conversations feeling that she is a gracious, honorable woman.

Thank you for taking the time to read this and consider my heartfelt impressions of Heather. I am grateful for the opportunities I had to speak with her; her kindness and encouragement touched my heart. It is my sincere hope that you will see Heather as the admirable, hard-working, and loving person she truly is—the gracious, honorable woman whose warmth left such a meaningful impression on me.

Sincerely,

Jane Booth

Jane Booth