IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:25-MJ-00320

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HEATHER MORROW** | ) |
| | ) |

# NOTICE OF APPEAL

NOW COMES Defendant, pursuant to Rule 4 (b) of the Federal Rules of Appellate Procedure, and hereby gives notice of appeal from the judgment signed on November 16, 2026 to the United States Court of Appeals for the Fourth Circuit. Defendant is indigent and asks that she be appointed counsel for her appeal.

This the 17th day of November, 2026.

Respectfully submitted,


s/ W. Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing NOTICE OF APPEAL on opposing counsel, via ECF using the CM-ECF system, which will send notice of such filing to all registered CM/ECF users.

This the 17th day of November, 2026.

Respectfully submitted,

s/ W. Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net